UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                :

OSCAR RODRIGO SILVA RUEDA,       :

                      Petitioner,     :

                                :

        -against-         :        26-CV-2977 (VSB)

                                :

LAWRENCE CATLETTI, Colonel, Orange   :        **ORDER**
County Correctional Facility, *et al.*,     :

                                :

                 Respondents.  :

                                :

------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

(Doc. 3 ("Habeas Petition").)  I held an initial telephonic conference on April 15, 2026.  Upon

consideration of Petitioner's Habeas Petition and my comments made in the initial telephonic

conference, it is hereby ORDERED that the parties file a response addressing the following

questions/issues by **Friday, April 24, 2026**.

1. Whether there were any check-in requirements as part of Petitioner's release on recognizance on October 16, 2023 or requirements set after that date, and whether Petitioner was compliant with the terms of any check-in requirements.

2. The circumstances that led to Petitioner's detention on March 13, 2026, including when Petitioner was summoned to appear at 26 Federal Plaza and any documentation relating to Petitioner being summoned.  Please indicate whether the reason given to Petitioner for his appearance was a ruse.

3. Whether Petitioner was detained pursuant to an arrest warrant, which counsel for the Government indicated is dated March 13, 2026.  A copy of the warrant should be provided.

4. The disposition of the criminal charges related to Petitioner's January 5, 2026 arrest.

5. The status of the March 9, 2026 order of protection issued against Petitioner in protection of his wife, and whether that order of protection was issued as a result of

Petitioner's conviction for disorderly conduct related to the January 5, 2026 arrest. Please provide any documentation related to this issue.

6. Whether there are decisions in this Circuit ordering that an Immigration Judge hold a bond hearing, instead of releasing the petitioner, where the petitioner has an order of protection issued against him/her.

SO ORDERED.

Dated:    April 15, 2026
          New York, New York

Vernon S. Broderick
United States District Judge