**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
OSCAR RODRIGO SILVA RUEDA,

                              Petitioner,                      26 **CIVIL** 2977 (VSB)

        -against-                                  **<u>JUDGMENT</u>**

LAWRENCE CATLETTI, Colonel, Orange
County Correctional Facility, *et al.*,

                             Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 1, 2026 the Petition for a writ of habeas corpus is GRANTED. IT IS FURTHER ORDERED that Petitioner "shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decision maker, where the government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a). Hyppolite v. Noem, 808 F. Supp. 3d 474, 495 (E.D.N.Y. 2025). Cf. Rueda Torres, 2025 WL 3168759, at *6. IT IS FURTHER ORDERED that the Government is ENJOINED from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to 8 U.S.C. § 1225(b) and from invoking in that proceeding the automatic stay provision at 8 C.F.R. § 1003.19(i)(2), Rueda Torres, 2025 WL 3168759, at *6, absent a change in controlling law. Respondents did not address Petitioner's request for attorney's fees and costs pursuant to the Equal Access to Justice Act as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412 in their letter, (see Doc. 8). Thus, if Petitioner still intends on seeking such relief,

Petitioner may file a status letter proposing a briefing schedule for any application for attorney's fees and costs by July 2, 2026.

**Dated:**  New York, New York

      May 5, 2026

                               **TAMMI M. HELLWIG**

                                     **Clerk of Court**

**BY:**

                                     **Deputy Clerk**